FILED
CLERK, U.S. DISTRICT COURT
JUN 16 2017
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Huffman, George D. (Full Name)
BOX 201613649 (Address Line 1)
30755 B Auld Rd. (Address Line 2)
Murrieta CA 92563 (Phone Number)
Plaintiff in Pro Per

FEE DUE

RELATED DDJ

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Huffman, George D., Plaintiff,

vs.

Riverside County Sheriff Stanley Sniff
Does 1-4

Defendant(s).

Case No.: EDI7CV01197-JLS(PJW) (To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**

**Jury Trial Demanded:** ■ Yes ☐ No

*(All paragraphs and pages must be numbered.)*

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because primary residence of all parties and where incidents occurred giving rise to Complaint.

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 15 2017
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

## III. PARTIES

3. Plaintiff Huffman, George D. (your full name) resides at: 30755 B Auld Rd Murrieta CA 92563 (your address).

(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)

4. Defendant Stanley h. Sniff (full name of Defendant) works at 4000 Orange St. Riverside CA 92501 (Defendant's place of work).

Defendant's title or position is Elected Sheriff-Coroner (Defendant's title or position at place of work).

This Defendant is sued in his/her (check one or both):

■ individual capacity ■ official capacity

This Defendant was acting under color of law because: Stanley Sniff works for County of Riverside Sheriff

5. Defendant Benjamin: Correctional Captain (full name of Defendant) works at 30755 B Auld Rd Murrieta CA 92563 (Defendant's place of work).

Defendant's title or position is Correctional Captain (Defendant's title or position at place of work).

This Defendant is sued in his/her (check one or both):

■ individual capacity ■ official capacity

This Defendant was acting under color of law because: She works for Riverside County Sheriff under Stanley Sniff at South West Detention Center.

___. Defendant Doshier, Correction Lieutenant works at
*Insert ¶ #* *(full name of Defendant)*

30755 B. Auld Rd Murrieta CA 92563, S.W.D.C.
*(Defendant's place of work)*

Defendant's title or position is Correctional Lieutenant N2353.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity ■ official capacity

This Defendant was acting under color of law because She works for the County of Riverside Sheriff under Captain Benjamin at South West Detention Center.

___. Defendant Does 1-4 works at
*Insert ¶ #* *(full name of Defendant)*

30755 B Auld Rd Murrieta CA 92563.
*(Defendant's place of work)*

Defendant's title or position is To be discovered.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity ■ official capacity

This Defendant was acting under color of law because They work in the administration of Riverside County Sheriff under elected Sheriff Stan Sniff, at South West Detention Center.

**IV. STATEMENT OF FACTS**

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

Insert ¶ # . On 02-17-2016, at approximately 1000 hours Riverside County Sheriff (RSO) took custody of George D. Huffman Jr. at Twin Towers Medical Facility on a warrant out of Riverside County for failure to report to probation. A Los Angeles Sheriff Department (LASD) transfer packet included prescription medication, 225mg Venlafaxine prescribed for Huffman by Psychiatrist Dr. Powers, at LASD, Twin Towers Medical Facility.

Insert ¶ # Riverside County Sheriff (RSO), Sheriff Stanley Sniff, his agents neglected that information provided by LASD. From 02-17-2016 through 02-22-2016, Huffman was denied Venlafaxine while in the custody of RSO, even though Venlafaxine was prescribed for Huffman in Riverside County Jail on August 10, 2015 by Psychiatrist Dr. Harris.

Insert ¶ # On 2-21-2016, Riverside County Mental Health Psychologist Kelly Fenton determined Huffman was in dire need of his medication at the South West Detention Center. RSO policy disallows psychotropic medications unless seen by and prescribed by thier psychiatrist. No psychiatrist was available on 02-21-2016. On 02-22-2016 at 0600 hours Huffman was inexplicably released in a state of unconsciousness from sudden withdrawl from Venlafaxine. Subsequently released in delirium onto the Community.

On 02-22-2016, Huffman was released without a prescription for medication Venlafaxine from the Indio jail, Riverside County Sheriff. Huffman was released on his own recognize, after the Sheriff has already determined he had a Serious Medical need for failure to provide a Continuum of mental health care while in thier Custody. This deliberate indifference caused a mental breakdown in Huffman that lead to serious injuries, to himself, Nora, Dean Alfrey.

On 02-22-16, Indio Police were Summoned at 1600 hours by Kmart Security Employees reporting Huffman acting odd in the store believing it was Christmas time. Huffman has no prior record of Mental Breakdown, but was subsequently hospitalized on 02-27-16 for idiocy, and causing a car accident resulting in a Coma for Huffman, George; Nora and Dean Alfrey.

Huffman remained in a State of Mental break, pseudodementia beyond April 30, 2016; Confused logic, delusional beliefs triggered by Sudden discontinuation of Venlafaxine; by the acts, actions and failure to act of the Riverside County Sheriff.

Pro Se Clinic Form

## V. CLAIMS

## Claim #1

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

___. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following
*Insert ¶ #* federal constitutional or statutory civil right:

The eighth Amendment of the U.S. Constitution against Cruel and unusual punishments requires medical care for incarcerated individuals; inmates in the custody of Riverside County Sheriff.

___. The above civil right was violated by the following Defendants:
*Insert ¶ #*

Stanley L. Sniff, Captain Benjamin, Riverside County Sheriffs; Does 1-4 at Both Robert Presley Detention Center and South West Detention Center.

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

On 02-22-2016 Sheriff Stan Sniff had a duty to maintain
*Insert ¶ #*
medical treatments prescribed by licensed Doctors. Sniff had an obligation to comply with State laws governing crime prevention and Corrections regarding transfers between Counties in California [CCR 1207]; FDA laws regarding dispensing medications; to train all employees under his authority to maitain a safe jail and ensure medical care is available.

___. As a result of the Defendant's violation of the above civil right, Plaintiff
*Insert ¶ #* was harmed in the following way:

Huffman was Subsequently released onto the Community suffering from withdrawl syndromes; in a state of Mental Black out leading to an auto Collision resulting in great bodily harm.

**Claim #(2)**
(insert Claim#)

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.
Insert ¶ #

(List any other legal claim you have that is related to your civil rights claim.)

___. Rights based upon the First, Fifth and Fourteenth Amendments to the U.S. Constitution, "to petition the government for redress" and "due process of law", and "right to access to the courts."
Insert ¶ #

___. Plaintiff alleges the above claim against the following Defendant(s):
Insert ¶ #
Does 1-4 prevented access to attorney; denied response to grievances; mishandled legal mail; denied access to: phones, Attorney Communications, Elected Officials.

(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)

On 05-01-2016 through 06-05-2017, Does 1-4, prevented Huffman from exhausting administrative remedies relating to: Attorney Communications, Medical Practices, Mental Health Delivery, Phone access, Elected Officials, Mishandling of legal mail, RSO has displayed a culture of denial and defensive obstruction towards all manner of redress, grievance procedures
Insert ¶ #

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:
Insert ¶ #
Illegal incarceration, wrongfully accused, mental and emotional duress, Loss of Real Property: 79985; Trinidad Drive, Bermuda Dunes CA 92203; Cruel and unusual punishments; Physical Injury.

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

Insert ¶ # An injunction to prevent RSO from interfering with medical treatments, psychotropic medications prescribed by licensed Doctors for inmates transferred from all State and County facilities. The order to RSO to follow

Insert ¶ # the California Code of Regulation §1207. The regulation in still not being honored [MARK Thayer 201713652] The injunction should include an order for Riverside County Probation to Unblock a single phone so in-

Insert ¶ # mates neglected, abused by systematic operations and policy of the Sheriff can voice a grievance to be responded to in writing. I should also include CCR §1439 compliance.

Insert ¶ # Compensatory damages in the amount above and punitive damages determined by facts in evidence for deliberate indifference to inmates serious medical conditions and constitutional violations.

Dated: June 11, 2017

Sign: [signature]

Print Name: George D. Huffman Jr.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: June 11, 2017

*Sign:* [signature]

*Print Name:* George D. Hoffman Jr.

Pro Se Clinic Form

9

*Page Number*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself [X] )
Huffman, George D

**DEFENDANTS** ( Check box if you are representing yourself [ ] )
Riverside County Sheriff

(b) County of Residence of First Listed Plaintiff Riverside
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant Riverside
*(IN U.S. PLAINTIFF CASES ONLY)*

(c) Attorneys (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information.
30755 B. Auld Rd
Murrieta CA 92563

Attorneys (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- [ ] 1. U.S. Government Plaintiff
- [X] 3. Federal Question (U.S. Government Not a Party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)

- [X] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify)
- [ ] 6. Multidistrict Litigation - Transfer
- [ ] 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [X] Yes [ ] No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [X] No [X] **MONEY DEMANDED IN COMPLAINT:** $ 1,760,550.

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
42 USC 1983 Civil Rights Violation

**VII. NATURE OF SUIT** (Place an X in one box only).

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce/ICC Rates/Etc.
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced & Corrupt Org.
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Info. Act
- [ ] 896 Arbitration
- [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet.)
- [ ] 153 Recovery of Overpayment of Vet. Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment

**REAL PROPERTY CONT.**
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Fed. Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury-Med Malpratice
- [ ] 365 Personal Injury-Product Liability
- [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**TORTS PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
- [X] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 445 American with Disabilities-Employment
- [ ] 446 American with Disabilities-Other
- [ ] 448 Education

**PRISONER PETITIONS**

**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus/Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Ret. Inc. Security Act

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405 (g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405 (g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY:** Case Number:

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| **QUESTION A: Was this case removed from state court?** ☐ Yes ☑ No | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| **QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?** ☐ Yes ☑ No | B.1. Do 50% or more of the defendants who reside in the district reside in Orange Co.? *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question B.2. |
| If "no," skip to Question C. If "yes," answer Question B.1, at right. | B.2. Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| **QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?** ☐ Yes ☑ No | C.1. Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.? *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question C.2. |
| If "no," skip to Question D. If "yes," answer Question C.1, at right. | C.2. Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| **QUESTION D: Location of plaintiffs and defendants?** | A. Orange County | B. Riverside or San Bernardino County | C. Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☑ | ☐ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☑ | ☐ |

| **D.1. Is there at least one answer in Column A?** | **D.2. Is there at least one answer in Column B?** |
|---|---|
| ☐ Yes ☑ No | ☑ Yes ☐ No |
| If "yes," your case will initially be assigned to the SOUTHERN DIVISION. Enter "Southern" in response to Question E, below, and continue from there. If "no," go to question D2 to the right. ➡ | If "yes," your case will initially be assigned to the EASTERN DIVISION. Enter "Eastern" in response to Question E, below. If "no," your case will be assigned to the WESTERN DIVISION. Enter "Western" in response to Question E, below. ⬇ |

| **QUESTION E: Initial Division?** EASTERN DIV. | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | EASTERN DIVISION |

| **QUESTION F: Northern Counties?** |
|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? ☐ Yes ☑ No |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court?** ☒ NO ☐ YES

If yes, list case number(s):

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court?** ☐ NO ☒ YES

If yes, list case number(s): Gray v County of Riverside EDCV13-0444 VAP(OP)

**Civil cases** are related when they (check all that apply):

☒ A. Arise from the same or a closely related transaction, happening, or event;

☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☒ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** [signature] DATE: June 10, 2017

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Huffman, George D.
30755 B Auld Rd.
Murrieta CA 92563

ATTORNEY(S) FOR: Huffman, George D.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Huffman, George D.

Plaintiff(s),

v.

Riverside County Sheriff

Defendant(s).

CASE NUMBER:

CERTIFICATION AND NOTICE OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Huffman, George D. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| Nora R. Alfrey | Injured Party |
| Dean L. Alfrey | Injured Party |

June 10, 2017
Date

[signature]
Signature

Attorney of record for (or name of party appearing in pro per):

George D. Huffman



George D. Huffman
B201613649
30755 B Auld Rd
Murrieta CA 92563
U.S. POSTAGE PAID
PHOENIX
MAY 02
$7
92502
Pro SE
LA
Clerk of the Court
United States District Court
Central District of CALIFORNIA
EasterN Division
3470 Twelfth St RM 134
Riverside, CA 92501
RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 15 2017
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY
Confidential
Legal

PG #4190