1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11

GEORGE HUFFMAN,

12

Plaintiff,

13
14

v.

RIVERSIDE COUNTY SHERIFF
STANLEY SNIFF, et al.,

15
16

Defendants.

CASE NO. ED CV 17-1197-JLS (MRW)

**ORDER ACCEPTING REPORT
AND ADOPTING FINDINGS,
CONCLUSIONS, AND
RECOMMENDATIONS OF
UNITED STATES
MAGISTRATE JUDGE**

17
18
19
20
21
22
23

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion for
summary judgment, the records on file, and the Report and
Recommendation of the United States Magistrate Judge.  The Court has
engaged in a *de novo* review of those portions of the Report to which
Defendants have objected.  The Court accepts the findings and
recommendations of the Magistrate Judge and adopts them as its own.

24

//

25

//

26

//

27

//

28

1       IT IS THEREFORE ORDERED that Defendants' motion for summary

2   judgment is granted and the case is dismissed with prejudice.

3

4   DATED: September 2, 2020

5

6   _____

7   HON. JOSEPHINE L. STATON
    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28