JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HUFFMAN<br><br>Plaintiff,<br><br>v.<br><br>RIVERSIDE COUNTY SHERIFF STANLEY SNIFF, et al.,<br><br>Defendants. | CASE NO. ED CV17-1197-JLS(MRW)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: September 2, 2020

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE