UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 17-1197 JLS (MRW) | Date | December 7, 2022 |
|---|---|---|---|
| Title | Huffman v. Riverside County Sheriff | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge |
|---|---|
| James Muñoz | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys for Plaintiff: | Attorneys for Defendant: |
| n/a | n/a |

**Proceedings:**   ORDER TO SHOW CAUSE RE: DISMISSAL OR SANCTIONS

    1.    This is a pro se prisoner civil rights action.  The Ninth Circuit remanded a portion of the action to the district court for further proceedings.  (Docket # 79, 80.)

    2.    During the pendency of the appeal, the action was reassigned to Magistrate Judge Wilner for further pretrial proceedings.  (Docket # 4, 71.)  Following the remand, Judge Wilner ordered each of the parties to file a case management report by mid-November 2022.  (Docket # 97.)  To date, however, neither side filed such a report.

    3.    **Plaintiff Huffman** is an unrepresented litigant.  Nevertheless, he is required to follow the rules and orders of this Court like any other party.  United States v. Merrill, 746 F.2d 458, 465 (9th Cir. 1984) (pro se litigant "is subject to the same rules of procedure and evidence" as other parties "who are represented by counsel").  Plaintiff is ordered to show cause why this action should not be dismissed for failure to prosecute and failure to comply with a court order.  Fed. R. Civ. P. 41; Applied Underwriters, Inc. v. Lichtenegger, 913 F.3d 884 (9th Cir. 2019).

    4.    **Defendant Sniff's lawyers** are ordered to show cause why they should not be sanctioned for failing to file a required document.  L.R. 83-7

    5.    Each side may discharge the OSC by filing the required case management report plus a declaration (not to exceed three pages) regarding the matter.  These submissions will be due by January 13.