**THOMPSON & COLEGATE LLP**
3610 Fourteenth Street
P. O. Box 1299
Riverside, California 92502
Tel: (951) 682-5550
Fax: (951) 781-4012

MICHAEL J. MARLATT (SBN 115957)
mmarlatt@tclaw.net
CHARMAINE E. GRANT (SBN 221842)
cgrant@tclaw.net

Attorneys for Defendant
SHERIFF STANLEY SNIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE D. HUFFMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>RIVERSIDE COUNTY SHERIFF STANLEY SNIFF, et al.,<br><br>    Defendants. | CASE NO. ED CV 17-1197 JLS (MRW)<br><br>JUDGE<br>Josephine L. Staton<br><br>MAGISTRATE JUDGE<br>Michael R. Wilner<br><br>**DEFENDANT, SHERIFF STANLEY SNIFF'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>**[FRCP 56]**<br><br>*(Filed concurrently with: Memorandum of Points & Authorities; Separate Statement of Undisputed Material Facts; Statement of Uncontroverted Facts and Conclusions of Law; Declaration of Bruce W. Philips; Declaration of Sheron Richburg; Declaration of Charmaine E. Grant; Exhibits; and Proposed Order Granting Motion for Summary Judgment)*<br><br>**JUDGE:** Michael R. Wilner<br>**DATE:** May 17, 2023<br>**TIME:** 9:30 a.m.<br>**COURTROOM:** 550<br>**LOCATION:** Roybal Federal Building and United States Courthouse, 255 E. Temple St., Los Angeles, CA 90012 |

1

SAC Complaint Filed: 05/01/18

TRIAL DATE:      None
ACTION FILED:  06/16/2017

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE THAT** Pursuant to Federal Rule of Civil Procedure Rule 56, Defendant, (former) SHERIFF STANLEY SNIFF (hereinafter the "Defendant"), will and hereby does move for summary judgment on the ground that there is no genuine issue as to any material fact and that Defendant is entitled to judgment as a matter of law based upon the following:

1. The Defendant is entitled to qualified immunity;

2. Plaintiff has failed to state facts sufficient to establish a violation of any rights by the Defendant;

3. Plaintiff's lawsuit is barred based upon his failure to exhaust all administrative remedies; and

4. To the extent that Plaintiff attempts to raise any state law claims, the Defendant is entitled to immunity under Government Code §§ 820.2, 821.6, 845.6, 846, 855.8, 856, 856.4, 911.2, 945.6, 950.2, and 950.6.

This motion is made upon this Notice; the Memorandum of Points and Authorities, the separately filed Separate Statement of Undisputed Facts, the separately filed Statement of Uncontested Facts and Conclusions of Law, the Declaration of Bruce

W. Phillips; the Declaration of Sheron Richburg - Custodian of Records for the Riverside County Sheriff's Department, Declaration of Charmaine E. Grant and exhibits attached thereto; the operative Second Amended Complaint, all pleadings on file in this matter, and any other evidence that the court deems appropriate to admit.

## MEET AND CONFER

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on **March 21, 2023.**

DATED:  March 31, 2023              THOMPSON & COLEGATE LLP


By:  /s/ *Michael J. Marlatt*
     MICHAEL J. MARLATT
     CHARMAINE E. GRANT
     Attorneys for Defendant,
     SHERIFF STANLEY SNIFF

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this case or adversary proceeding. My business address is: 3610 Fourteenth Street, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (*specify*): **DEFENDANT, SHERIFF STANLEY SNIFF'S NOTICE OF MOTION FOR SUMMARY JUDGMENT** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders, the foregoing document will be served by the court via NEF and hyperlink to the document.

On March 31, 2023, I checked the CM/ECF docket for this case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Ralph R. Rios, Esq.
EL MONTE LAW GROUP, INC.
11100 Valley Blvd., Suite 115
El Monte, CA 91731
Tel: (626) 406-1032
Fax: (626) 522-8520
Email:  rrios@emlawgroup.com
        riosrr@aol.com
        mespinosa@emlawgroup.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *********, I served the following persons and/or entities at the last known addresses in this case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY OVERNIGHT MAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 31, 2023 | Sonia Young | /s/ Sonia Young |
|---|---|---|
| Date | Printed Name | Signature |

4
DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT