# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HUFFMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RIVERSIDE COUNTY SHERIFF STANLEY SNIFF, et al.,<br><br>　　　　Defendants. | Case No. ED CV 17-1197 JLS (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written objections to the report.[1] The Court accepts the findings and recommendation of the Magistrate Judge.

---

[1] The U.S. Postal Service returned the Report to the Court as "undeliverable" at Plaintiff's current listed address. L.R. 41-6 (pro se litigant must keep Court apprised of current mailing address); Docket # 140.

IT IS ORDERED that Judgment be entered in favor of Defendant Stanley Sniff.

DATE: November 5, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2