JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HUFFMAN,<br><br>          Plaintiff,<br><br>     v.<br><br>RIVERSIDE COUNTY SHERIFF STANLEY SNIFF, et al.,<br><br>          Defendants. | Case No. ED CV 17-1197 JLS (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that judgment be entered in favor of Defendant Stanley Sniff.

DATE: November 5, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE